UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                                  Chapter 7
                                                                              19-43761-PJS

Alexandra Lynn Lienhart                                    Judge Shefferly

## **PROOF OF SERVICE**

        I hereby certify that on the 11th day of June, 2019, the Clerk of the Court entered the Order Granting Relief from Automatic Stay & Waiving the Provisions of F.R.B.P.4001(a)(3) as to Michigan State Housing Development Authority c/o LoanCare, LLC using the ECF system which will send notification of such filing to the following:

Douglas Ellmann                                     Kelli C. Meeks
308 West Huron                                        455 E. Eisenhower Pkwy.
Ann Arbor, MI 48103-4204               Suite 240
                                                        Ann Arbor, MI 48108

And I hereby certify that I have mailed by United States Postal Service the Order Granting Relief from Automatic Stay & Waiving the Provisions of F.R.B.P.4001(a)(3) as to Michigan State Housing Development Authority c/o LoanCare, LLC to the following non-ECF participants:

JACKSON COUNTY TREASURER      Alexandra Lynn Lienhart
120 W. Michigan Ave.                         306 E. McDevitt, #C
Jackson, MI 49201                              Jackson, MI 49203

Paul Randel                                            Brandon M. Hall
United States Trustee                           1513 Warren Ave.,
211 West Fort Street Suite 700              Jackson, MI 49203
Detroit, MI 48226

Execution on: 06/11/2019                 By:   /s/ Michael P. Hogan
                                                   Michael P. Hogan (P63074)
                                                   mhogan@sspclegal.com
                                                   Attorney for
                                                   Michigan State Housing Development
                                                   Authority c/o LoanCare, LLC
                                                   23938 Research Drive, Suite 300
                                                   Farmington Hills, Michigan 48335
                                                   248-539-7400